EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| Ex Parte: | 2016 TSPR 117 |
|---|---|
| Milagros Rivera Torres | 195 DPR ____ |

Número del Caso: TS-7,155

Fecha: 8 de junio de 2016

Abogado de la Peticionaria:

Por Derecho Propio

Materia: Reactivación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex Parte:

  Milagros Rivera Torres          TS-7,155


RESOLUCIÓN


San Juan, Puerto Rico, a 8 de junio de 2016.

      Examinada la *Solicitud de cambio a estatus de abogada activa en el Registro de Abogados del Tribunal Supremo* presentada por la abogada Milagros Rivera Torres, se provee ha lugar. Se ordena a la Secretaría registrar el cambio en el Registro Único de Abogados y Abogadas.

      Publíquese.

      Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                    Juan Ernesto Dávila Rivera
                  Secretario del Tribunal Supremo